| | | | |
|---|---|---|---|
| BouSamra v. Excela Health | 1188 WDA 2015 Quashed | 12/19/2016 | No. GD12–3929 (Allegheny) |
| BouSamra v. Excela Health | 1189 WDA 2015 Quashed | 12/19/2016 | No. GD12–3929 (Allegheny) |
| Morcos v. Excela Health | 1190 WDA 2015 Quashed | 12/19/2016 | G.D. No. 12–003941 (Allegheny) |
| Morcos v. Excela Health | 1191 WDA 2015 Quashed | 12/19/2016 | G.D. No. 12–003941 (Allegheny) |
| Com. v. James | 94 WDA 2016 Affirmed | 12/19/2016 | CP–02–CR–0006714–2015 (Allegheny) |
| Com. v. Bernal | 138 WDA 2016 Reversed and Remanded | 12/19/2016 | CP–02–CR–0002976–2013 (Allegheny) |
| Cartagena v. Riverlift Industries | 455 WDA 2016 Affirmed | 12/19/2016 | GD 14 020667 (Allegheny) |
| J.L.S. v. R.P.S., Jr. | 816 WDA 2016 Affirmed | 12/19/2016 | 2011–1474–Civil (Armstrong) |
| In the Interest of G.S.; Appeal of W.S. | 824 WDA 2016 Affirmed | 12/19/2016 | No. 189 of 2015 (Erie) |
| Com. v. Ayala | 1313 EDA 2015 Affirmed | 12/20/2016 | CP–51–CR–0005085–2012 (Philadelphia) |
| Smith v. Kaplow | 2698 EDA 2015 Affirmed | 12/20/2016 | June Term, 2014, No. 3448 (Philadelphia) |
| Com. v. McClain | 3363 EDA 2015 Affirmed | 12/20/2016 | CP–51–CR–0011937–2014 (Philadelphia) |
| Joe Buck Properties v. Rocco | 1061 EDA 2016 Appeal dismissed | 12/20/2016 | No. 2015–07371 (Bucks) |
| Com. v. Rollins | 3499 EDA 2016 Reversed and Remanded | 12/20/2016 | CP–51–CR–0511332–2006 (Philadelphia) |
| Forkal v. Forkal | 2053 MDA 2015 Vacated and Remanded | 12/20/2016 | 2007–1140 C.P. (Susquehanna) |
| Forkal v. Forkal | 2173 MDA 2015 Quashed | 12/20/2016 | 1140–2007 CP (Susquehanna) |
| Forkal v. Forkal | 94 MDA 2016 Quashed | 12/20/2016 | 2007–1140 (Susquehanna) |
| Forkal v. Forkal | 206 MDA 2016 Quashed | 12/20/2016 | 2007–1140 (Susquehanna) |
| Detillo v. Huzdovich | 941 WDA 2015 Affirmed | 12/20/2016 | FD94–006674–008 (Allegheny) |
| Detillo v. Huzdovich | 993 WDA 2015 Affirmed | 12/20/2016 | FD–94–006674–008 (Allegheny) |